# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Stephanie Booker, | ) | Case No. |
| Plaintiff, | ) ) ) | Judge |
| v. | ) ) | **NOTICE OF REMOVAL** |
| Board of Education of Toledo City School District, | ) ) ) ) | |
| Defendant. | | |

_____

Defendant, Board of Education of Toledo City School District ("TPS"), files this notice of removal of this action from the Lucas County Court of Common Pleas of Ohio, where it is currently pending as case number CI0202202029, to the United States District Court for the Northern District of Ohio Western Division. TPS states the following as the grounds for the removal of this action:

## INTRODUCTION

1. Plaintiff, Stephanie Booker filed this case against TPS in the Lucas County Court of Common Pleas on April 11, 2022. The court's docket shows that service of the Complaint was completed on April 22, 2022. A copy of plaintiff's Summons and Complaint are attached as Exhibit 1.

2. TPS filed an Answer to Plaintiff's Complaint on May 9, 2022, a copy of which is attached as Exhibit 2.

3. Plaintiff filed an Amended Complaint on June 23, 2022 adding claims of age discrimination and disability discrimination under federal law. A copy of Plaintiff's Amended Complaint is attached as Exhibit 3.

4. TPS first received a copy of the Amended Complaint on June 23, 2022, therefore removal of this case is timely. *See* 28 U.S.C. §1446(b).

5. Exhibits 1-3 are the only pleadings that have been filed thus far in this matter.

6. TPS is the only defendant in the case so there is no need for it to seek consent from other parties to remove this action.

### FEDERAL QUESTION JURISDICTION

7. This is a civil action over which this Court has original federal question jurisdiction; therefore, removal is proper under 28 U.S.C. § 1331.

8. Plaintiff is a resident of the City of Toledo, County of Lucas, State of Ohio. (Ex. 1, at ¶ 3.)

9. TPS is a Board of Education that operates a public school district located in City of Toledo, Lucas County, Ohio.

10. Pursuant to 28 U.S.C. § 1331, jurisdiction is proper because two of plaintiff's claims are based on allegations that raise a federal question. Plaintiff has made claims under 29 USC § 621, the Age Discrimination in Employment Act ("ADEA") and 42 USC § 12112 Americans with Disabilities Act ("ADA").

11. This Court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) because such claims form part of the same case and controversy in this matter. The state claims arise from the same employment relationship, involve substantially the same parties and witnesses and flow from the same common nucleus of operative facts.

**VENUE**

12. This Court is the proper venue for removal because this district and division embrace the Lucas County Court of Common Pleas of Ohio, which is the forum where this action was filed. *See* 28 U.S.C. § 1441(a).

**NOTICE**

13. Promptly after the filing of this notice of removal, written notice of this notice of removal will be filed with the Lucas County Court of Common Pleas of Ohio and is being served on all counsel of record in accordance with 28 U.S.C. § 1446(d).

**CONCLUSION**

14. TPS respectfully requests the opportunity to fully brief and argue any issues or questions concerning the removal of this case before this Court in the event that remand is sought by plaintiff or otherwise visited by this Court.

WHEREFORE, TPS requests that the above-referenced case now pending in the Lucas County Court of Common Pleas of Ohio be removed to the United States District Court for the Northern District of Ohio Western Division.

Respectfully submitted,

/s/ *Franceska N. Edinger*
Amy M. Natyshak (0043941)
Meghan Anderson Roth (0082165)
Franceska N. Edinger (PPA 0100875)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
Telephone: 419-249-7100
Facsimile: 419-249-7151
natyshak@marshall-melhorn.com
roth@marshall-melhorn.com
edinger@marshall-melhorn.com
*Counsel for Defendant*

3

## Certificate of Service

This is to certify that on July 13, 2022, a copy of the foregoing was served on counsel for Plaintiff by electronic mail to Francis J. Landry at [FLandry308@aol.com](mailto:FLandry308@aol.com).

/s/ *Franceska N. Edinger*