UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephanie Booker,                                 Case No. 3:22-cv-1233

             Plaintiff,

      v.                                         JUDGMENT ENTRY

Board of Education
of the Toledo City School District,

             Defendant.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, Defendant's motion to disregard an affidavit is granted in part and denied in part, (Doc. No. 13), and Defendant's motion for summary judgment is granted.  (Doc. No. 10).

So Ordered.

                                                        s/ Jeffrey J. Helmick
                                                        United States District Judge